JS-6

1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10
11  SERGIO BARBOSA,                          Case No. 2:24-cv-07265-CAS-SSC
12                          Petitioner,      **JUDGMENT**
13            v.
14  M. MCVAY, et al.,
15                          Respondents.
16
17
18        Pursuant to the Order Accepting Findings, Conclusions, and
19  Recommendations of United States Magistrate Judge, IT IS
20  ADJUDGED that this action is dismissed with prejudice as barred by
21  the statute of limitations.
22  DATED:  July 25, 2025
23
24  _____        _____
25        HONORABLE CHRISTINA A. SNYDER
26        UNITED STATES DISTRICT JUDGE
27
28